UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER CHAPMAN, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. C17-590-TSZ<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, to which no objection was timely filed, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint (Dkt. 9) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 14th day of August, 2017.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2